F#1216231

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                 *Plaintiff,*

v.

Bereket Efren Worasi,

                 *Defendant.*

2541-0116-0234-1

Case No. 0:21-cr-00061-DSD-ECW(Dft 1)

2:25-mj-175-EPD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Bereket Efren Worasi ,

who is accused of an offense or violation based on the following document filed with the court: ( ) Order of Court
( ) Indictment   ( ) Superseding Indictment   ( ) Information   ( ) Superseding Information   ( ) Complaint
( ) Probation Violation Petition   (X) Supervised Release Violation Petition   ( ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Supervised Release

*Fogarty*

Date:    January 16, 2025

                                  Kate M. Fogarty, Clerk of Court

City and state:   Minneapolis, MN

                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                _____ <br>                                                              *Arresting officer's signature* <br><br>                                                              *Printed name and title* |

Prob 12 (Rev. 10/15/2015)

# United States District Court

for the

### DISTRICT OF MINNESOTA

United States v. Bereket Efren Worasi

**Docket No. 0864 0:21CR00061-001(DSD)**

Petition on Supervised Release

COMES NOW **Kelly N. Moser**, SENIOR U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Bereket Efren Worasi** who was sentenced for Possession with Intent to Distribute Fentanyl on January 21, 2022, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program and testing
- No gang association
- Submit to searches
- Employment required

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION #3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

On October 23, 2024, Worasi submitted a urine sample that laboratory-confirmed positive for marijuana.

Worasi has been identified as a candidate for placement in the District of Minnesota's Reentry Court Program. As part of the placement process, it is recommended the conditions of supervised release be modified to include the Reentry Court condition.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

SPECIAL CONDITION: The defendant shall participate in Reentry Court programming and shall abide by all rules of the program. Participation may include referrals for substance abuse assessment and/or treatment and testing, mental health assessment and/or treatment, cognitive behavioral programs, medication compliance, and any other programming deemed appropriate to enhance the successful reintegration of the defendant into the community. The defendant shall contribute to the cost of this program, as to substance abuse and/or

Petition on Supervised Release        RE: **Bereket Efren Worasi**
Page 2        Docket No. 0864 0:21CR00061-001(DSD)

---

mental health assessment/treatment, to the extent that the defendant is deemed capable by the United States Probation Officer.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 7th day of November, 2024, and ordered filed and made a part of the records in the above case. | s/ *Kelly N. Moser* <br> Kelly N. Moser <br> Senior U.S. Probation Officer <br> 612-664-5355 |
| s/David S. Doty <br> Honorable David S. Doty <br> Senior U.S. District Judge | Executed on    November 5, 2024 <br> Place    Minneapolis |
| | Approved: <br><br> s/ *Reginale B. Hall* <br> Reginale B. Hall <br> Supervisory U.S. Probation Officer |